**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Kangmingcheng Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> WhaleCo, Inc., a Delaware corporation, Romantic Room Y, and Does 1 through 10, inclusive <br><br> *Defendant*. | **CASE NO.** 23-cv-02697 <br><br> **Judge**: Honorable Edmond E. Chang <br><br> **Magistrate Judge**: Honorable Sunil R. Harjani |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiff Shenzhen Kangmingcheng Technology Co., Ltd. ("Plaintiff") by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice against Defendants Romantic Room Y, SkyDay, Narcissus, Sunangmas. On June 1, 2023, the Court requested Plaintiff to file a supplemental memorandum addressing the propriety of joinder as to Defendants Romantic Room Y, SkyDay, Narcissus, Sunangmas (The Court also mentioned that no need to address the Defendant RONGCHENG and KOWSI because RONGCHENG used a picture labeled "KOWSi."). *See* Dkt. No. 35. Plaintiff has nothing more than the allegations in its Complaint to address because Defendant WhaleCo, Inc refused to provide the business information of these Defendants. Thus, Plaintiff now voluntarily dismisses the Defendants Romantic Room Y, SkyDay, Narcissus, Sunangmas, to comply with the Court's Order on June 1, 2023.

No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs. The respective Defendants have not filed an answer to the complaint or

1

a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

| Date: June 20, 2023 | /s/ Tianyu Ju |
|---|---|
| | Tianyu Ju, Esq.<br>GLACIER LAW LLP<br>200 E. Randolph Dr., Ste. 5100<br>Chicago, IL 60601<br>iris.ju@glacier.law<br>312-499-2666<br>***Attorney for Plaintiff*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system on all counsel of record who have consented to electronic service.

| | |
|---|---|
| Date: June 20, 2023 | /s/ Tianyu Ju |
| | Tianyu Ju, Esq. |
| | GLACIER LAW LLP |
| | 200 E. Randolph Dr., Ste. 5100 |
| | Chicago, IL 60601 |
| | iris.ju@glacier.law |
| | 312-499-2666 |
| | ***Attorney for Plaintiff*** |