# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Shenzhen Kangmingcheng Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> WhaleCo, Inc., a Delaware corporation, Romantic Room Y, and Does 1 through 10, inclusive <br><br> *Defendants*. | **CASE NO.** 23-cv-02697 <br><br> **Judge**: Honorable Edmond E. Chang <br><br> **Magistrate Judge**: Honorable Sunil R. Harjani |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Plaintiff Shenzhen Kangmingcheng Technology Co., Ltd ("Plaintiff"), seeks entry of an order granting Plaintiff to serve the Defendants KOWSi and RONGCHENG ("Defendant") through email. A Memorandum of Law in Support is filed concurrently with this Motion.

| | |
|---|---|
| Date: August 25, 2023 | /s/ Tianyu Ju <br> Tianyu Ju, Esq. <br> GLACIER LAW LLP <br> 200 E. Randolph Dr., Ste. 5100 <br> Chicago, IL 60601 <br> iris.ju@glacier.law <br> 312-499-2666 <br> ***Attorney for Plaintiff*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system.

| | |
|---|---|
| Date: August 25, 2023 | /s/ Tianyu Ju |
| | Tianyu Ju, Esq. |
| | GLACIER LAW LLP |
| | 200 E. Randolph Dr., Ste. 5100 |
| | Chicago, IL 60601 |
| | iris.ju@glacier.law |
| | 312-499-2666 |
| | ***Attorney for Plaintiff*** |